```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

OMG ACCESSORIES LLC,

                                      Plaintiff,

              -against-

ACCESSORY INNOVATIONS, LLC, et al.,

                                    Defendants.

-------------------------------------------------------------X

22-CV-05622 (LAK)(SN)

**SETTLEMENT CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

A settlement conference is scheduled for Wednesday, March 8, 2023, at 10:00 a.m. and will be held telephonically. The Court will provide dial-in information by email in advance of the conference.

The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Wednesday, March 1, 2023. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                                                     _____
                                                                                     SARAH NETBURN
DATED:     January 20, 2023                              United States Magistrate Judge
                New York, New York