```
                                              ┌─────────────────────────────────┐
                                              │ USDC SDNY                       │
UNITED STATES DISTRICT COURT                  │ DOCUMENT                        │
SOUTHERN DISTRICT OF NEW YORK                 │ ELECTRONICALLY FILED            │
- - - - - - - - - - - - - - - - - - - - - x   │ DOC #:_____ │
OMG ACCESSORIES LLC,                          │ DATE FILED: 3-10-2023           │
                                              └─────────────────────────────────┘
                        Plaintiff,


            -against-                                   22-cv-5622 (LAK)(SN)


ACCESSORY INNOVATIONS, LLC, et al.,

                        Defendants.
- - - - - - - - - - - - - - - - - - - - - x
```

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Court has been informed that the parties have reached a settlement agreement. Accordingly, the case is dismissed with prejudice and without costs subject to a right to reinstate by serving and filing a notice to that effect on or before Monday, April 10, 2023, if the settlement has not been consummated by that date.

        SO ORDERED.

Dated:      March 10, 2023

                                      _____
                                      Lewis A. Kaplan
                              United States District Judge